# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 6:18-00072 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| SHAUN CHRISTOPHER HOFFPAUIR | MAGISTRATE JUDGE PATRICK HANNA |

## JUDGMENT

The Report and Recommendation [Record Document 98] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the District Court **ACCEPTS** the guilty plea of the defendant, Shaun Christopher Hoffpauir, in accordance with the terms of the plea agreement filed in the record of these proceedings and adjudges him **GUILTY** of the offense charged in Count One of the Indictment against him.

**THUS DONE AND SIGNED** in chambers on this 12th day of ____Feb____, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE